John Butler, OSB 01177
Armstrong Bankruptcy Law Offices
440 East Broadway, Suite 100
Eugene, OR  97401
(541) 683-6652

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

In re:

Joshua T Sutherlin
Sara R Sutherlin

     Debtors

Case No.: 09-61393-fra13

MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEBTORS

    John Butler and Armstrong Bankruptcy Law Offices, attorneys at law, hereby move the Court to withdraw as attorney of record for debtors in this Chapter 13 case because of ethical considerations set forth in the attached Affidavit of John Butler.  Debtors have previously been advised of possibility that conflicts of interest may arise and necessitating my withdrawal of attorney of record on their behalf.

<u>Debtor, Joshua T. Sutherlin's last known address and telephone number is:</u>

    PO Box 894
    Halfway, OR  97834
    (541) 540-3385

<u>Debtor, Sara R Sutherlin's last known address and telephone number is:</u>

    504 E 2nd St
    Cle Elum, WA  98922
    (541) 852-1345

MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEBTORS - 1

DATED this 9th day of February, 2011

                                          ARMSTRONG BANRKRUPTCY LAW OFFICES

                                          By__/s/John Butler_____
                                                     John Butler, OSB 01177
                                          Withdrawing Attorney for Debtors

```
John Butler, OSB 01177
Armstrong Bankruptcy Law Offices
440 East Broadway, Suite 100
Eugene, OR  97401
(541) 683-6652
     Attorney for Debtors
```

UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| In re: | Case No.: 09-61393-fra13 |
|---|---|
| Joshua T Sutherlin<br>Sara R Sutherlin<br><br>        Debtors | AFFIDAVIT IN SUPPORT OF<br>MOTION TO WITHDRAW AS<br>ATTORNEY FOR DEBTORS |

```
COUNTY OF LANE    )
                  )ss
STATE OF OREGON   )
```

    I, John Butler, being first duly sworn on oath, depose and say:

    I am the attorney of record for debtors Joshua T Sutherlin and Sara R Sutherlin in their joint Chapter 13 bankruptcy case originally filed March 30, 2009.  Debtors were divorced post-petition.  Debtor, Sara R Sutherlin, has moved to Cle Elum, Washington, and debtor, Joshua T Sutherlin, resides in Halfway, Oregon.  After debtors' divorce, wage orders were filed with each of the debtor's employers requiring each debtor to pay half of the Chapter 13 plan payment herein.  At the time of debtors' divorce, it appeared that there were no conflicts between the debtors that would affect my representation of them jointly in their Chapter 13 case.  However, issues have arisen between them impacting their financial circumstances wherein I have been informed by debtor, Sara R Sutherlin, that each of the debtors has retained counsel to litigate child custody and support

issues. Furthermore, I have been informed by both debtors that there is some disagreement over who will claim their children as dependants for 2010 and potential issues may arise as to how to handle the earned income portion of debtor's tax refunds that will result from the allocation of those dependents. Therefore, obvious conflicts have now developed between the parties where I can no longer ethically represent them jointly in this case.

    I therefore respectfully request the court to allow me to withdraw as attorney of record for debtors.

    DATED this 9th day of February, 2011

                                          John Butler, OSB 01177
                                    Withdrawing Attorney for Debtors

    SUBSCRIBED AND SWORN TO be for me this 9th date of February, 2011.



                                    Notary Public for Oregon
                                    My commission expires 1/13/13

CERTIFICATE OF MAILING

I certify that I served the foregoing MOTION TO WITHDRAW AS ATTORNEY FOR DEBTORS AND AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY FOR DEBTORS on each of the following by depositing with:

    X    Served electronically via ECF
    XX   U.S. Post Office, Eugene, Oregon

an exact and complete copy thereof, enclosed in a sealed envelope, addressed to the respective party or attorney for each party, as shown below, at the party or attorney's regular address:

X   Office of the US Trustee, 405 E 8th Ave, Eugene, OR  97401

X   Fred Long, Trustee, PO Box 467, Eugene, OR  97440

XX Joshua T Sutherlin
   PO Box 894
   Halfway, OR  97834

XX Sara R Sutherlin
   504 E 2nd St
   Cle Elum, WA  98922

**DATED** this 9th day of February, 2011

                              */s/ John Butler*
                              John Butler, OSB 01177
                              Of Withdrawing Attorney for Debtors